UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| OLIVER G. MCPHERSON,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.  3:12-CV-05056-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge will be instructed to: (1) update the treatment evidence on the claimant's medical condition; (2) expressly evaluate the examining medical source opinions from Drs. Richards and Sokol, and explain the reasons for the weight he gives to this opinion evidence; (3) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (4) further consider whether the claimant has past relevant work he could perform with the limitations established by the evidence; (5) as appropriate, secure

supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; and (6) associate the claimant's subsequent application for Title XVI benefits filed on March 15, 2012, which was denied at the initial level.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 10th day of July, 2012.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.govb