UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| OLIVER G. MCPHERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:12-CV-05056-KLS<br><br><br><br>JUDGMENT |

   IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on July 10, 2012.

   DATED this 10th day of July, 2012

                              Karen L. Strombom
                              United States Magistrate Judge

Page 1     JUDGMENT - [3:12-CV-05056-KLS]